1983 - SOUTHERN

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of Mississippi

SOUTHERN Division

SHELBY PEEVYHOUSE
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

VITAL CORE; BRANDHUFFMAN, SUPT.; WAYNE WELFORD, HSA; HILLMAN, RN, DON, HSA ASST. CRAWFORD, Security Chief;
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____1:25cv236 HSO-BWR_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: SHELBY PEEVYHOUSE
- All other names by which you have been known: NONE
- ID Number: MDOC # 180296
- Current Institution: SOUTHERN MISSISSIPPI CORRECTIONAL INSTITUTION
- Address: P.O. BOX 1419
  - City: Leakesville
  - State: MS.
  - Zip Code: 39451

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: BRAND HUFFMAN
- Job or Title (if known): SUPERINTENDANT
- Shield Number:
- Employer: Mississippi Dept. of Corrections, S.M.C.I.
- Address: P.O. Box 1419
  - City: Leakesville
  - State: MS.
  - Zip Code: 39451
- [X] Individual capacity  [X] Official capacity

Defendant No. 2
- Name: WAYNE WELFORD
- Job or Title (if known): HEALTH SERVICES ADMINISTRATOR
- Shield Number:
- Employer: S.M.C.I.; Mississippi Dept. of Corrections
- Address: P.O. Box 1419
  - City: Leakesville
  - State: MS.
  - Zip Code: 39451
- [X] Individual capacity  [X] Official capacity

Defendant No. 3

Name: HILLMAN
Job or Title (if known): RN Director of Nursing + HSA Asst.
Shield Number:
Employer: MDOC; S.M.C.I.; medical Dept.
Address: P.O. Box 1419
Leakesville, MS. 39451
City / State / Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 4

Name: CRAWFORD
Job or Title (if known): Chief of security
Shield Number:
Employer: MDOC; S.M.C.I.
Address: P.O. Box 1419
Leakesville, MS. 39451
City / State / Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 5: VITAL CORE (medicare provider (ADDRESS UNKNOWN) Both (Individual + Official Capacity)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel + Unusual punishment; Not providing medical treatment including medication. Equal Protection violations; the right to be free from retaliation under Title VII. Due Process violations; intolerable delays providing lifesaving medical care. Disability discrimination; American Heart Association, Pacemaker, Heart Attacks, etc.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

BRAND HUFFMAN - UNDER color of LAW, MDOC Policy, statute, HB 1474, ms. regulate American Heart Assoc. Disability - Denial of my Disability, Failure to Provide medicine
Wayne Welford - under color of LAW, MDOC Policy, statute, HB 1474, ms. regulations Denial of my Disability American Heart Association, Failure to Provide medicine
* BOTH HUFFMAN + Wayne Welford HAVE been Fully Informed By emails, letters AND Both choose to Ignore my medical needs.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain)

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

PACEMAKER + DEFIBULATOR implanted when I was 13 yrs. old on/or about (2004).

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

① At (PARCHMAN) state Prison Year (2021-2023) I HAD (6) SIX Heart Attacks
② At (WCCF) Wilkerson County Corr. Facility (2) two seperate Heart Attacks, one on (April 15, 2024) and second on (April 21, 2024)
③ At (S.M.C.I.)(MAY 2024)(2), two Heart Attacks while housed in Bldg. 9 -

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

PARCHMAN (MSP) 2021-2023 (6) SIX HEART ATTACKS
WILKERSON COUNTY CORR. FACILITY (WCCF) ON (04/15/24 + 04/21/24) TWO HEART ATTACKS
S.M.C.I. (MAY 2024) TWO HEART ATTACKS

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

①  I HAVE SUFFERED TOTAL OF (10) TEN HEART ATTACKS TOTAL SINCE 2021 IN (3) MISSISSIPPI STATE RUN PRISONS, FROM (2021-2024).

②  PRISON AUTHORITIES ARE LIABLE to me under COLOR OF Federal & STATE LAW and Refuse to PROVIDE me WITH timely medical CARE & treatment, including medicine.

*See ALSO: (ATTACHED COPY of letter Sent to (WAYNE WELFORD) on (7/18/25). (Pg's 1-5)

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. All I have Received is EKG's AND medical treatment at one time Emergency Room. I have seen two seperate cardiologists AND BOTH SAY I Need medicine but, MDOC NEVER Follows UP or Prescribes the medicine to me. When I WAS AT (WCCF.) the Cardiologist Prescribed medicine But I WAS moved to SMCI and NO medicine WAS ever given to me at All, Nor WAS I Allowed to see SAme Cardiologist AgAIN. At S.M.C.I. (MAY 2025) I WAS TAKEN to a DifFerent Cardiologist But NO medical Records were Provided By MDOC to Cardiologist. SAW AGAIN JUNE 2025 Prescribed medicine NONE PROVIDED to Date 7/28/2025

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

①  COMPENSATORY DAMAGES FOR (3) THREE MILLION DOLLARS
②  PUNITIVE DAMAGES FOR (5) FIVE MILLION DOLLARS TO Be AWARDED BY A JURY.
③  PROVIDE LiFe SAVing medicine and/or PROVIDE A New UPDATED PACEMAKER and DEFIBULATOR (IF) medicine Does NOT WORK to STOP HEART ATTACKS From Re-occurring.
④  Allow me to see (SAme) Cardiologist Now seeing and move me to KEMPER County correctional Facility, and/or Release me From MDOC custody so Able to Receive Proper medical care Per my INSURANCE PROVIDER Will PAY FOR (BlueShield/Bluecross)
⑤  Not to Be Retaliated AgAinst AND moved By S.M.C.I. For Filing of this LAWsuit to A more stressful ENVironment, except to KEMPER COUNTY.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes  PARCHMAN, WCCF, and S.M.C.I.

☐ No  Filed ARP IN All (3) State Prisons in MISSISSIPPI

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

PARCHMANN, WCCF, AND S.M.C.I.

Filed seperate ARP (grievances) at each Facility Regarding Not being able to get Proper & timely medical care & treatment for Heart Attacks

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)? __Note:__ I'm Being Denied medication By (S.M.C.I.) For treatment of my HEART condition; Pacemaker & Defibulator.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   At: PARCHMAN
☐ No    At: WCCF
         At: S.M.C.I.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance? SMCI-24-1723 ← GRievance #

SMCI-23-1489 ← Never Received A Response At All, see Attached Lined yellow Paper with (Peevy House Inquiry).

2. What did you claim in your grievance? Not Receiving medical care for Heart Condition And Heart Attacks with No care or treatment.

SMCI-24-1723 → First Step Response, You Saw Dr. Stanford
3. What was the result, if any?
On 11/13/24 at which time your complaint was ongoing coughing up yellow phlegm, wheezing. Also chest pain + Off site Cardiologist. You have off-site cardiologist consult and we are waiting to receive notification of your appt. Continue to put SickCall Request For Your Medical Needs. (A. Hillman RN)
Received January 23, 2025 (Enclosed)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I Filed A (Not Satisfied) Asking For Step Two, And Stated — Still Same situation w/ Nothing Being Done For me.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.     If you did not file a grievance:

        1.     If there are any reasons why you did not file a grievance, state them here:

        2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) SHELBY Peevy House
    Defendant(s) VITAl CORe; and HUFFMAN; and CRAWFORD

2. Court *(if federal court, name the district; if state court, name the county and State)*

    SOUTHERN District of MISSISSIPPI, SOUTHERN DIVISION

3. Docket or index number

    Don't Know

4. Name of Judge assigned to your case

    Don't Know

5. Approximate date of filing lawsuit

    Around March or April 2025

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition. Not sure if Pending or Not?

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ✱ I Never said what Court or District to File Lawsuit in AND may have been Dismissed.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __NoNe__
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __N/A__

3. Docket or index number
   __N/A__

4. Name of Judge assigned to your case
   __N/A__

5. Approximate date of filing lawsuit
   __N/A__

6. Is the case still pending?
   ☐ Yes
   ☐ No    N/A

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __N/A__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/29/2025

Signature of Plaintiff: Shelby Peevyhouse
Printed Name of Plaintiff: SHELBY PEEVYHOUSE, PRO-SE
Prison Identification #: 180296
Prison Address: S.M.C.I. ; P.O. BOX 1419
LEAKESVILLE, MS. 39451
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Page 11 of 11

## IV. STATEMENT OF CLAIMS (PART B)

PART B.) ④ I'm Being 'Retaliated Against' By S.M.C.I. FOR my ongoing complaints of NOT Providing medical CARE or treatment of my HEART CONDITION.

① ie: (on JANUARY 31, 2025) @ Approx. (11:25) (SMCI/MDOC) Moved (Clye Lewis) on the same Housing Zone with me in Bldg/unit #09, IN AREA I.

This person is (Red Tagged) to NOT be Around me at All, Due to my SAFETY. Yet Purposefully Put on my housing zone.

See Also (Enclosed Attachment) Statement of FACT. (Pg. 1 of 2) on Lined PAPER, titled (Attachment).

② GUARDS @ S.M.C.I. ARE Attempting to CAUSE me unnecessary Stress AND HARDSHIP Due to my complaining About my on-going medical condition (HEART-Attacks) AND Request for PROPER medical CARE, AND TREATMENT. They ARE

2-① Withholding & tampering with my mail

2-② HAVING GUARDS mistreat AND use of other Prisoners to try AND Beat me up in Dining Room (AREA) AND Not Allow me to eat my meal. ARP Filed 12/06/23 @ S.M.C.I (See Attached Dated 12/13/23)

## Statement of Claims (Part IV)(D)

Witnesses who seen and/heard my calls for medical help after suffering heart attacks on (2) two occasions while at (WCCF) Wilkerson County Corr. Facility.

Witnesses:

Joshua Holland (WCCF)
Dontarious Davis (WCCF)
Maurice Nealy (WCCF)

<u>Maurice Nealy</u>, pounded and kicked the cell block door for over (8), eight hours to just get a guards attention that I, Shelby Peevyhouse needed immediate medical care for a heart attack.

<u>Joshua Holland</u> (WCCF), used tablet to call people outside facility to call the facility to report the heart attack of Peevyhouse while in custody at (WCCF).

<u>Dontarious Davis</u> (WCCF) also was on same housing unit as Peevyhouse and was aware of him having heart attacks with no-one available to provide medical care for same.

## Basis for Jurisdiction

### PART D. (continued)

3. Defendant (A. Hillman) RN, Director of Nursing and HSA Administrator Asst. — under color of state law, violation of MDOC policies, Denial to provide proper and professional medical care per American Heart Association for ongoing disability, Failure to provide medications and provide timely treatment, violating HB #1474, Ms. Regulations and State Statutes

4. (VITAL CORE) medical care provider for MDOC & SMCI, under color of state law + federal law, violation of MDOC policies, Denial to provide proper and professional medical care per American Heart Association disabilities and ongoing disabilities, Failure to provide timely medical care + medicine to treat my heart condition.

5. (CRAWFORD); under color of state and federal law, policies, etc. Chief of Security, Failure to place me in a safe environment and stop all ongoing harrassment by guards, staff and other prisoners when full knowledge after being notified in writing I'm unable to be in violent or aggressive housing situations and continuously having me moved to housing zones or other institutions that are unsafe and unhealthy for my medical condition.