ARP-2

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
Administrative Remedy Program
NUMBER SMCI - 24 - 1723

RECEIVED
JAN 2 3 2025 CM
INMATE LEGAL ASSISTANCE PROGRAM

**FIRST STEP RESPONSE FORM**

Type or use ball point pen. You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: S Peevyhouse   180296
Inmate's Name and DOC#

Housing Unit: C1

From: CMcCleave
Person to whom 1st Step is Directed

Title/Location: SMCI

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

Mr. Peevyhouse,
You saw Dr. Stanford on 11/13/24 at which time your complaint was ongoing coughing up yellow phlegm & wheezing. Also chest pain & offsite cardiology. You have a cardiology consult and we are waiting to receive notification of your appointment. Continue to put in sick call request for your medical needs.

Signature: C Heiman, DON (Director of Nursing)   Date: 11/20/24

(✓) I am not satisfied with this response and wish to proceed to Step Two.
REASON: I am in the same situation I was just a new locatino nuthin has been done

( ) I wish to cancel this complaint. You do not have to return this and time limits will cancel complaint.

Inmate's Signature: SMCI Peevyhouse   DOC# 180296   Date: 1-17-25

**Administrative Remedy Program Director - ORIGINAL**

the Due Process for A-A-R-P is 30 Days on the Date of Reausts from the Date of 8-18-23 - i Did not Reser the frest Step Back 11-30-23 on Doc number smci 23 1489 about my hart thank you God. BLess

hy this is shelby peavyhouse 180296 smci 1-4-35

i have sent you a latter askin for your help and telling you about my self seems that i have had to hart/attack one of them jukking me to for er and i dont think my latters or reaching you i ask my mom to try to e-mail you i need help medici help and no one cares i have done sick calles ARP's there seames to be no help at this pont i dount know what to do if i cant get the help i need here is there sum where you can send me so i can get the help i need

thank you God Bless

Attachment (Pg. 1 of 2)

On January 31, 2025 at approximately 11:25 MDOC/SMCI moved Clyde Lewis on the same zone with me in Unit 9 a zone in area. Mr Lewis was involved with the altercation being the one I got into the initial fight that resulted in Joshua Odom losing his life. We are known enemies and for MDOC to jeopardize my life by putting us on the same zone with the last time being the incident I originally filed my 1983 claim. MDOC has no regard for anyones well being and this is already in my opinion a corrupt system. Camera surveillance will show that Clyde Lewis was on the zone with me for about an hour before leaving. There is no care for human life in a system where they make mistakes like this that stemmed from a deadly situation. This is scary to know that these people (MDOC) has my life in their hands and the continue to make these mistakes that could have easily been another situation. Michael Walls a friend of mine defused the situation and helped get Clyde Lewis out of the zone which he should have never been on. CID (Criminal Investigation Division) officer Crawford is also a name I would like to add to my lawsuit cause he was in fault for putting Clyde Lewis on the zone. Along with naming officer Crawford I would like to add the hole

ATTACHMENT CONTINUED

(Pg. 2 of 2)

- CID Department at SMCI for really mishandling a serious situation that already has a death tied to it.





**STATE OF MISSISSIPPI**
Burl Cain, Commissioner
Department of Corrections

Brad Huffman, Superintendent
SMCI

Post Office Box 1419
Leakesville, MS 39451
(601) 394-5600

December 13, 2023

Inmate Shelby Peevyhouse, 180296
Unit 12  Bed 54

RE:   YOUR REQUEST FOR ADMINISTRATIVE REMEDY

Your request for administrative remedy has been received by this office and is being returned for the following reason(s):

___ (1) You need to include more specific information in your correspondence.

_X_ (2) You did not specify any relief sought. You must clearly state what you request to have done and it must be something the ARP can grant.

If you wish to resubmit your corrected request/complaint, you may do so, provided that it is timely and according to proper procedure.

Sincerely,

Joseph Cooley, Director
Administrative Remedy Program @ SMCI

first

ARP.

Mississippi Department of Corrections
Administrative Remedy Program

RECEIVED
DEC 12 2023
INMATE LEGAL ASSISTANCE PROGRAM

Case Number

To: Legal Claims Adjudicator.
From: Shelby Peevyhouse   180296   12-A-54
Inmates Name   MDOC#   Unit

Date: 12-6-23:

On the above date during Lunch, I came into the dinning hall. Midway through feeding, I got the food that was owed to me, and sat down to eat my food, and the officer started yelling at another inmate Brawn Bawy calling him a [Junkie], as he was trying to get a spoon to eat with. I kept on eating my food. She is being very disrespectfully towards him. At this time she tells everyone to exit the dinning hall, that we have the next zone on the walk, I had just taken a bite out of my chicken, she starts yelling. I want everyone out, and it's the last time i'm telling yall. There was about 5-or 6, guy putting their trays in the tray hole, and headed out the door. She looks dead at me saying you must can't hear me. I said yes ma'am I can hear you. I eating I just got my tray. So I get up headed to the tray hole as she is yelling.

Pg. 2.

Me And Anthony Johnson headed out The door. She is Cussing Me out. I Stoped. Just before I got out The door, And I Turned Around, And I Told her you should not Talk To inmate's Like That. She Then Say's [ get The Fuck out of my dinning hall]. She Then got up into my Face Pointing her Finger's in my Face, Threatening Me. I Told her go ahead and hit me. She Said you would Like That wouldn't you. She Looks at The inmate Cleaning The Table, And Told him To [ Get his Bitchass out of here]. He was Coming Towards me in a very Aggressive manner, I Turned Around And I left. I Came back To The Zone. I Then Called my Mom, And Told her what happened. She E-Mailed The Superintendent. About 3 hours Later CID Called me To Ad-mit. To Ask me About This matter. I Told Them The Same Thing I'm Telling yall in This Letter. He said if There was any Laws, or Protocalls broken He would Let The warden Know. I Told him I would Try To Stay out of her way, and Keep my head down. I ask him Should I do an ARP, He said I would. I Told him she Threatened To write Me up, He said yo should do an ARP.. I Said. yes, Sir. About 6:15 P.M. One of The guards Shows up with A RVR. A, B-3. The guard Tried To Lead me To The Front door, and read off what it said. He could not read it. He Told me To Sign it, I Told him no, I have Two witnesses That needs To be at The hearing. His pin did not

Pg. 3.

work so I used mine.

Guards giving the authority to other inmates to physically put there hands on other inmates and use violence on them. Is against the law, and this matter needs to be adressed to all guards here at S.M.C.I, that they cannot do that.

The Supreme Court of Mississippi made that clear, when parchmen was do the same thing.

Burl Cain has made great strides in MDOC. Thank God for him on that. Things needs to continue in that direction. There is no excuse that guard and inmates can't get along with each other period. But some guards is making that difficult, and that needs to be remeded for the better of all here at S.M.C.I. The male officer's doesn't use vulgar language towards inmates, and the female guards should not be allowed to do it either. It's very degrading to inmates, and whether they realize it or not, it is very degrading to them aswell. Let's all get together and solve this matter. It will only make this place a better place to reside, but it will also be a better place for the guards to work at.

Respectfully submitted
Shelby Peevy house

HSA, MR. WAYNE WELFORD
Location AREA II @ S.M.C.I.

SHELBY PEEVYHOUSE
MDOC # (180296)
LOCATION (11/B/86)

July 18, 2025  (Pg. 1 of 5)

1.) RE: HB (House Bill) 1474, Dept. of HEALTH, Require to conduct a review of Quality of medical CARE Provided to INMATES of DEPT. of CORRECTIONS.

2.) RE: CARDIOlogist APPOINTMENT FOR MEDICATION

3.) RE: CURRENT PACE MAKER AND DEFIBULATOR, IMPLANTED on/or ABOUT (2004) I WAS 13 yrs. old.

DEAR Mr. WelFORD, HSA of S.M.C.I.,

1.) My name is SHELBY Peevyhouse, #(180296).

2.) I'm serving a Sentence Eleven (11) years, 364 Days. I CURRENTLY HAVE (5), five years left to SERVE ON THIS Sentence.


→ Pg. 2

TO: WAYNE WELFORD, HSA          FROM: SHELBY PEEVYHOUSE

(Pg. 2 of 5) (7/18/25)

3.) I have a well Documented History of HEART Attacks SUFFERED while in (MDOC) Custody.

4.) When I was at PARCHMAN From years 2021-2023 I had (6), SIX HEART Attacks.

5.) When I was in (WCCF), WILKERSON County CORR. Facility I Suffered (2), two Seperate Heart Attacks one on (April 15, 2024) and another one on (April 21, 2024)

6.) Since I've Been @ S.M.C.I. I also SUFFERED (2), two HEART Attacks IN month of (May 2024).
 a.) The First one I was in Bldg. 9, given EKg, and sent to AREA II INFIRMARY, only to Be Returned Next Day to AREA 1, Bldg. 9.
 b.) The Second HEART ATTACK in month of (May 2024) I was transported to the Emergency Room.

7.) Since that time Dr. Gurney Put me in to see a Specialist (Cardiology).
 a.) (May 2025), I was Seen By Cardiologist And only Asked Questions.


→ Pg. 3

TO: WAYNE WELFORD, HSA   FROM: SHELBY PEEVY HOUSE
(PG. 3 of 5) (2/18/25)

7.) (b.) (June 2025) The CARDIOLOGIST 'SCANNED' my PACEMAKER & DEFIBULATOR.

8.) (a.) At my (June 2025) Cardiologist APPT. The Doctor told me SPECIFICALLY he was going to Prescribe me medication.

(b.) I WAS ALSO told By the Cardiologist (IF) the medicine DID NOT WORK I would 'ABSOlutely' Need a New PACEMAKER.

9.) (a.) I STILL HAVE NOT Received Any medication at all. I Want to Know "Why"?

(b.) AND, CAN YOU Mr. WELFORD, Please Help me to OBTAIN ASAP?

(c.) I'm UNABle to get Anyone to help me to get the medicine I Need and I'm Not Wanting to Die here at S.M.C.I. or elsewhere Due to NOT ~~Receiving~~ Receiving medication I Desperately Need.


(Pg. 4 →)

TO: WAYNE WOLFORD, HSA   From: SHELBY PEEVYHOUSE

(Pg. 4 of 5) (7/18/25)

## ADDITIONAL HISTORY AND INFORMATION

10.) I received the Pacemaker when I was (Age 13) in (Year 2004).

11.) When I lived in Jackson, Wyoming (2018) I saw a Cardiologist and he told me I was forbidden to engage in sex, drive a car, and to absolutely avoid stressful situations or could result in heart attack or worse.

12.)(a.) When I was in Wilkerson County Corr. Facility it was determined by medical for MDOC, my housing and Zone was causing me un-do stress do to the enviroment.

(b.) (WCCF), Also sent me to see a Cardiologist but they moved me to 'AVOID' Paying for any medicine or my ~~continuing~~ continuing need to see a Cardiologist and Again I have been left 'Fully' untreated and no medicine.



Pg. 5 →

TO: WAYNE WELFORD, HSA   FROM: SHELBY PEEVYHOUSE
(Pg. 5 of 5) (7/18/25)

13.) NOW HERE I'AM @ S.M.C.I., finally After Waiting one Year to see A CARDiologist, AND still Not Being Provided with Any medicine to treat my HEART Condition.

14.) (IF) you CANNOT Help And Properly Assist me Mr. WelFORD, CAN You Please tell me who CAN and Will?

15.) Also, the cardiologist I SAW (June 2025) very Specifically stated I would Be Receiving medication ASAP and He would ORDER it. So where is it?

16.) Please Respond Back to me that You Did Receive this (5 Pg.) letter By (HAND-MAIL) so I know what Action you will take to Help me Receive Full and Proper medical care Promptly?

Thank You For Your time.

Respectfully Submitted
Shelby Peevyhouse
SHELBY PEEVYHOUSE # 180296
LOCATION (11/B/86)